In the Matter of the Application of JAMES W. LAMB, to have Cancelled Certain Taxes upon Real Estate.

(Argued June 16, 1890; decided June 24, 1890.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 11,

1889, which reversed an order of Special Term directing certain taxes on real property to be cancelled.

*Hector M. Hitchings* for appellant.

*W. J. Foster* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.